UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-203-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| TUNISIA MARIE SHEPHERD, | ) | ALLEGED VIOLATIONS |
| f/k/a/ TUNISIA MARIE FIDOW | ) | OF SUPERVISED RELEASE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on February 24, 2010. The United States was represented by AUSA Mary Dimke for Norman Barbosa and the defendant by Jesse Cantor. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 18, 2005 by the Honorable Ricardo Martinez on a charge of Bank Fraud, and sentenced to time served (3 days) in custody, 5 years supervised release. (Dkt. 56.)

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing a firearm, submit to mandatory drug testing, submit to search, pay restitution in the amount of

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

$10,428, participate in a mental health program, provide her probation officer with access to financial information as requested, maintain a single checking account for all financial transactions, provide information concerning any business interests, disclose all assets and liabilities, be prohibited from incurring new lines of credit or credit obligations, cooperate with the IRS in determining any tax liabilities and pay all taxes.

In an application dated January 21, 2010 (Dkt. 92, 93 ), U.S. Probation Officer Mark J. Chance alleged the following violation of the conditions of supervised release:

1. Failing to pay restitution in monthly installments of not less than 10% of her gross monthly household income, in violation of special condition No. 5.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred. (Dkt. 96.)

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Martinez.

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 24th day of February, 2010.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Ricardo S. Martinez
    AUSA: Norman Barbosa, Mary Dimke
    Defendant's attorney: Jesse Cantor
    Probation officer: Mark J. Chance

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3